```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA          :     05 Cr. 1115 (WHP)
                                  :
      -against-                   :     ORDER
                                  :
ULYSSES THOMAS WARE,              :
                                  :
              Defendants.         :
------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

      On December 1, 2006 this Court received a letter application from the Defendant requesting an adjournment of the January 16, 2007 trial date. Defendant alleges the Government failed to produce requested discovery. The Government responded on December 4, 2006 submitting that such requests were answered in a timely manner and objecting to any adjournment of the trial date. This Court has reviewed the submissions by the parties and the Defendant's application for an adjournment of the January 16, 2007 trial date is denied at this time.

Dated: December 11, 2006
      New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.