```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-22-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA          :     S1 05 Cr. 1115 (WHP)
                                  :
       -against-                  :     ORDER
                                  :
ULYSSES THOMAS WARE,              :
                                  :
              Defendants.         :
------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

On December 20, 2006 this Court received a second letter application from the Defendant requesting another adjournment of the January 16, 2007 trial date. This Court has reviewed the submissions by the parties. The Defendant's application for an adjournment of the January 16, 2007 trial date is again denied. The parties are directed to appear for a pre-trial conference on January 3, 2006 at 12:30 p.m. in Courtroom 11D.

Dated: December 22, 2006
       New York, New York

                                   SO ORDERED:

                                   _____
                                   WILLIAM H. PAULEY III
                                   U.S.D.J.