Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
## United States District Court

Southern District of New York

United States v.

Ulysses Thomas Ware, a/k/a "Thomas Ware"

Docket No.: S1 05 Cr. 1115 (WHP)

William H. Pauley III
(District Court Judge)

Notice is hereby given that **United States of America** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ___ ] Sentence -- failure to order restitution
(specify)

entered in this action on November 1, 2007
(date)

[DEC 17 2007 S.D. OF N.Y. stamp]

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction and Sentence [ ]

Date December 17, 2007

TO Ulysses Thomas Ware, pro se
56218-019
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

AUSA Steven D. Feldman
(Counsel for Appellant)

Address One St. Andrew's Plaza
New York, N.Y. 10007

Telephone Number: 212-637-2484

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason<br>[✓] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). Method of payment  [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE [signature]   DATE December 17, 2007

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date ___ Signature ___ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05