```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

     -against-                                          :         05 Cr. 1115 (WHP)

ULYSSES THOMAS WARE                          :         ORDER

           Defendants.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Court received the attached letter dated November 12, 2013. This action has been terminated and in the absence of any pending proceeding, these documents will be docketed and no further actions will be taken.

        In addition, since his conviction in this case, Ware has sent almost one hundred pro se letters and motions—all equally without merit. In prior Orders, this Court has directed Ware to cease and desist his frivolous letter writing campaign. Ware has not heeded those Orders. Accordingly, the Clerk of Court is directed to close all pending motions in this case and not open any new motions absent an Order of this Court. The Clerk of Court is further directed to return all future correspondence from Ware. Ware is again directed to cease corresponding with the Court.

Dated: November 26, 2013
       New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III,
                            U.S.D.J.

Ulysses T. Ware (56218-019)
Atlanta Prison Camp
P.O. Box 150160
Atlanta, GA 30315



November 12, 2013

Ruby Krajick
Office of the District Clerk
U.S. District Court (SDNY)
500 Pearl St.
New York, NY 10007

RE:  12/09/12 Rule 33 motion for a new trial filing in <u>U.S. v. Ware</u>, 05-Cr-1115 (WHP).

Fifth and final request for filing confirmation and processing

Dear Ms. Krajick:

This letter of inquiry is the fifth and final attempt I will make of you and your office to determine the status of the 12/09/2012 Rule 33 motion for a new trial submitted to your office for filing and processing in 05-Cr-1115 (WHP).

Accordingly, unless on or before close of business on 11/20/2013 I receive written confirmation from your office proving the filing, docketing, and processing of the Rule 33 motion, then I will presume that you and District Judge William H. Pauley, III, and Preet Bharara intend to continue to obstruct justice, where time is of the essence, and I will proceed to obtain relief by initiation of further litigation to obtain process of the Rule 33 motion, and a subsequently submitted Rule 42 motion to show cause.

This is my last communication in regard to this matter, thus govern yourself accordingly.

Sincerely,

*Ulysses T. Ware*
Ulysses T. Ware

cc: U.S. Department of Justice Division on Public Integrity, Senator Charles Grassley