U.S. Bureau of Prisons
FCC Yazoo City (low)
P.O. Box 5000
Yazoo City, MS 39194
c/o Unit Team B for the interests of Ulysses T. Ware, Esq.
June 12, 2018

Office of the District Clerk
U.S. District Court
For the Southern District of New York
500 Pearl St.
New York, NY 10007

RE: <u>United States v. Ware</u>, 05-cr-1115 (SDNY), docket #113 (08/18/2009) final judgment and mandate in <u>U.S. v. Ware</u>, 07-5670-Cr (XAP) (2d Cir.), Gov.-I (forfeited and abandoned gov't cross-appeal).

Dear Ms. Krajick:

I am writing this letter in regard to inmate Ulysses T. Ware, Reg. No. 56218-019 an inmate currently at the Bureau of Prisons FCC Yazoo City, MS federal prison (low). Mr. Ware is currently disputing the imposition of all fines and assessments, as well as all initial and continued federal custody regarding the following cases: (1) <u>U.S. v. Ware</u>, 04-cr-1224 (SDNY) (RWS) and (2) <u>U.S. v. Ware</u>, 05-cr-1115 (SDNY). Mr. Ware asserts that superseding final judgments entered in both cases have annulled and vitiated any and all prior final judgments, sentences, convictions, and commitment orders.

Therefore, accordingly, pursuant to BOP program statement 5800.17 section 11(c) Mr. Ware is authorized to present a written challenge to the contents of his BOP central file's contents, i.e., the final judgments, sentences, fines, assessments, and other items currently being used by the BOP.

Therefore, a request is being made for the New York District Courts to confirm the continued vitality, legality, and lawfulness of all final judgments entered in the above referenced matters; and forward to the attention of the Unit Team Bldg. B, in regard to Ulysses T. Ware, written confirmation of the requested judicial construction of prior final judgments given the following superseding final judgments, to wit: (1) the 12/20/2007 Fed. R. Civ. P. 41(a)(2) superseding final judgment entered in <u>Alpha Capital, AG., et al v. Group Management Corp., et al.</u>, case no. 02-cv-2219 (SDNY) and (2) the 08/18/2009 superseding final judgment entered in <u>U.S. v. Ware</u>, 07-5670-cr (XAP), (2d Cir.), Gov.-I.

(1)

If you or a responsible person would please expedite this request and provide the necessary judicial construction from the appropirate federal judge, then the resolution of this very important matter can be finalized, where Mr. Ware's liberty interest is being affected.

Sincerely,

*Ulysses Ware* (signature)

Ulysses T. Ware, Esq.
Yazoo City, MS 39194
June 12, 2018

cc: Unit Team B