AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By: MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2711
Facsimile: (212) 637-2717
Email: melissa.childs@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 05-CR-1115 (WHP) |
| -v- | **NOTICE OF APPEARANCE** |
| ULYSSES THOMAS WARE a/k/a THOMAS WARE | |

Please take notice that the undersigned Assistant United States Attorney has been designated as counsel for post-judgment collection matters, in addition to, not replacement of, the lead Assistant United States Attorney in the above-captioned cause.

Dated:     May 12, 2021
                New York, New York

                                        AUDREY STRAUSS
                                        United States Attorney for the
                                        Southern District of New York


                        By:     /s/ Melissa A. Childs
                                MELISSA A. CHILDS
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Tel.: (212) 637-2711
                                E-mail: melissa.childs@usdoj.gov