UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Judgment Creditor,

    v.

ULYSSES THOMAS WARE a/k/a
THOMAS WARE,

                Defendant and
                Judgment Debtor.

05 CR 1115 (WHP)
and
04 CR 1224 (Part I)

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, moves before the Honorable William H. Pauley, III, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to 18 U.S.C. § 3613, 28 U.S.C. § 2044, and 18 U.S.C. § 3006A(f), upon the accompanying declaration and memorandum of law, to enter an order directing the Clerk of Court to apply the $50,000 currently on deposit in the Court's Registry as security for the appearance bond of the defendant-judgment debtor, Ulysses Thomas Ware, as follows: (1) to satisfy the fine imposed in No. 05-CR-1115 (WHP); (2) to satisfy the fine imposed in No. 04-CR-1224 (RWS);[1] and (3) apply any surplus funds to reimburse the Criminal Justice Act Fund.

Date:    May 12, 2021
           New York, New York

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    United States Attorney

                    By:    */s/ Melissa A. Childs*
                             MELISSA A. CHILDS
                             Assistant United States Attorney

---

[1] Since the Honorable Judge Sweet died, No. 04-CR-1224 needs to be reassigned.

86 Chambers Street, 3rd Floor  
New York, New York 10007  
Tel.: (212) 637-2711  
E-mail: melissa.childs@usdoj.gov

TO:   Ulysses Thomas Ware  
123 Linden Blvd.  
Suite 9-L  
Brooklyn, NY 11226