UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Judgment Creditor,<br><br>   v.<br><br>ULYSSES THOMAS WARE a/k/a<br>THOMAS WARE,<br><br>      Defendant and<br>      Judgment Debtor. | 05 CR 1115<br>and<br>04 CR 1224<br><br>**ORDER TO APPLY**<br>**BOND MONEY** |

  Upon the motion of the United States of America, for an order directing the Clerk of Court to apply the $50,000 currently on deposit as security for the appearance bond of the defendant-judgment debtor, Ulysses Thomas Ware, IT IS HEREBY ORDERED:

  The Clerk of Court shall apply the funds on deposit (1) to satisfy the fine imposed in No. 05-CR-1115; (2) to satisfy the fine imposed in No. 04-CR-1224; and (3) apply any surplus funds to reimburse the Criminal Justice Act Fund.

Dated: New York, New York
    _____, 2021

                  _____
                  UNITED STATES DISTRICT JUDGE