# EXHIBIT C
# PAYMENT HISTORY
# NO. 05-CR-1115
# "WARE II"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Collection Office | **USAO** | Collection District | **NYS** | Last Name | **Ware** | First Name | **Ulysses Thomas** | CDCS Number | **2009A31423** |
| Collect Type | **0R** | Priority Code | **03** | Scheduled Payment Amount | | Scheduled Payment Date | | Court Number | **05 CR 1115-01** |
| | | | | | | | | Current Liability | **$34,957.86** |

| Finance Code | Received Date | Received From | Posting Date | Payment Amount |
|---|---|---|---|---|
| PMNT | 04/20/2009 | Ware, Ulysses | 04/30/2009 | $50.00 |
| PMNT | 02/12/2010 | WARE, ULYSSES | 03/03/2010 | $25.00 |
| PMNT | 03/09/2010 | WARE, ULYSSES T. | 04/19/2010 | $25.00 |
| PMNT | 04/09/2010 | WARE, ULYSEES T. | 05/11/2010 | $25.00 |
| PMNT | 05/11/2010 | WARE, ULYSSES | 06/14/2010 | $25.00 |
| PMNT | 06/08/2010 | WARE, ULYSSES T. | 08/02/2010 | $25.00 |
| PMNT | 07/12/2010 | WARE, ULYSSES | 08/18/2010 | $25.00 |
| PMNT | 08/10/2010 | WARE, ULYSSES T. | 09/10/2010 | $25.00 |
| PMNT | 09/13/2010 | WARE, ULYSSES T. | 10/27/2010 | $25.00 |
| PMNT | 10/13/2010 | WARE, ULYSSES | 11/02/2010 | $25.00 |
| PMNT | 12/10/2010 | WARE, ULYSSES | 01/12/2011 | $25.00 |
| PMNT | 11/22/2011 | ULYSSES WARE | 11/29/2011 | $9.00 |
| PMNT | 07/12/2012 | ULYSSES WARE | 08/09/2012 | $100.00 |
| PMNT | 08/13/2012 | ULYSSES WARE | 09/17/2012 | $100.00 |
| PMNT | 09/11/2012 | ULYSSES WARE | 10/24/2012 | $100.00 |
| PMNT | 10/10/2012 | ULYSSES WARE | 11/16/2012 | $100.00 |
| PMNT | 11/13/2012 | ULYSSES WARE | 12/20/2012 | $100.00 |
| PMNT | 03/11/2014 | ULYSSES WARE | 04/22/2014 | $25.00 |
| PMNT | 09/11/2015 | ULYSSES WARE | 10/13/2015 | $25.00 |
| PMNT | 03/08/2016 | ULYSSES WARE | 04/14/2016 | $25.00 |
| PMNT | 06/12/2018 | ULYSSES THOMAS WARE | 07/14/2018 | $25.00 |
| PMNT | 09/11/2018 | ULYSSES THOMAS WARE | 10/10/2018 | $25.00 |
| PMNT | 12/11/2018 | ULYSSES THOMAS WARE | 01/08/2019 | $25.00 |
| **Grand Total** | | | | **$959.00** |