# EXHIBIT D
# PAYMENT HISTORY
# NO. 04-CR-1224
# "WARE I"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Collection Office | **USAO** | Collection District | **NYS** | Last Name | **Ware** | First Name | **Thomas** | CDCS Number **2009A30879** | Court Number **04 CR 1224-01** |
| Collect Type | **0R** | Priority Code | **03** | Scheduled Payment Amount | | Scheduled Payment Date | | | Current Liability **$12,887.80** |

| Finance Code | Received Date | Received From | Posting Date | Payment Amount |
|---|---|---|---|---:|
| PMNT | 11/12/2010 | WARE, THOMAS | 12/08/2010 | $25.00 |
| PMNT | 01/13/2011 | WARE, THOMAS | 02/11/2011 | $25.00 |
| PMNT | 05/11/2012 | THOMAS WARE | 06/18/2012 | $100.00 |
| PMNT | 06/11/2012 | THOMAS WARE | 07/17/2012 | $100.00 |
| **Grand Total** | | | | **$250.00** |