```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,               :

        -against-                       :       05 Cr. 1115 (WHP)

ULYSSES THOMAS WARE,                    :       ORDER
                    Defendant.          :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

Defendant Ware is directed to file a response to the Government's motion, ECF No. 250 by June 11, 2021. Chambers staff will mail a copy of this Order to Defendant Ware.

Dated: May 13, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.