From:   Ulysses T. Ware

To: The Hon. William H. Pauley, III

Date:   May 24, 2021

RE: Filing the enclosed pleadings on the 04cr1224 and 05cr1115 (SDNY) dockets.

Judge Pauley:

Please file the enclosed amended caption for the pleading, Request for Orders, Memo #1.04, on the applicable dockets. In the future, please serve Mr. Ware via email at utware007@gmail.com with all of your orders or directives entered in this matter, due to the slowness of the U.S. Mail.

*/s/ Ulysses T. Ware*
/s/ Ulysses T. Ware

# Case Nos. 05cr1115 (SDNY) and 04cr1224 (SDNY)

Submitted on May 24, 2021, by:

/s/ Ulysses T. Ware
*(signature)*

Ulysses T. Ware, individually, and as
the legal representative for the estate
of Mary S. Ware.
123 Linden Blvd.
Suite 9-L
Brooklyn, NY 11226
(718) 844-1260 phone
utware007@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

**United States of America, et al.,**
 Plaintiff, Petitioner,
 Cross Respondent,



v.

**Ulysses T. Ware, et al.,**
 Defendant, Respondent,
 And Cross Petitioner.

---

1st Amended Caption
# Ulysses T. Ware and the estate of Mary S. Ware's Request #1.04 for Orders: re: Dkt. ##251and 252.

Request for an order directed to AUSA Melissa A. Childs, Esq. and the United States to serve Dkt. ##250, 251, and 252 on Ulysses T. Ware and the state of Mary S. Ware via email; to serve a copy of her pro hac vice application and signed order to appear in 05cr1115 and 04cr1224; **request for the Court to enter an order permitting Ulysses T. Ware and the estate of Mary S. Ware up to and including 30 days to file their responses in opposition from the date identified in a certificate of service filed by AUSA Melissa A. Childs** certifying that she and the Government have served Ulysses T. Ware and the estate of Mary S. Ware with the Government's pleadings filings, Dkt 250, 251, 252, etc., made in 04cr1224 and 05cr1115 (SDNY); and for the Court to serve all orders or other directives entered herein on Mr. Ware and the estate of Mary S. Ware by email at utware007@gmail.com.