From:   Ulysses T. Ware

To: The Hon. William H. Pauley, III

Date:   May 26, 2021

RE: Filing the enclosed pleadings on the 04cr1224 and 05cr1115 (SDNY) dockets.

Judge Pauley:

Please file the enclosed pleadings:

1.                     **Exhibit #UTW-02**
              **Ulysses T. Ware's May 22, 2021 Affidavit.**

2.        **Ulysses T. Ware's May 26, 2021, (i) Resubmission of Dkt. 239 for immediate adjudication based on newly discovered evidence, and; (ii) request for an evidentiary hearing to resolve all disputed issues of material fact in.**

on the applicable dockets. In the future, please serve Mr. Ware via email at

utware007@gmail.com with all of your orders or directives entered in this matter, due to the slowness

of the U.S. Mail.

**Mr. Ware and the estate of Mary S. Ware will file a brief in opposition to the Government's Dkt. #250 not later than June 20, 2021.**

/s/ Ulysses T. Ware

# Case Nos. 05cr1115 (SDNY) and 04cr1224 (SDNY)

Submitted on May 26, 2021, by:

/s/ Ulysses T. Ware

*Ulysses T. Ware*

Ulysses T. Ware, individually, and as
the legal representative for the estate
of Mary S. Ware.
123 Linden Blvd.
Suite 9-L
Brooklyn, NY 11226
(718) 844-1260 phone
utware007@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

**United States of America, et al.,**
    **Plaintiff, Petitioner,**
    **Cross Respondent,**

v.

**Ulysses T. Ware, et al.,**
    **Defendant, Respondent,**
    **And Cross Petitioner.**

---

**Ulysses T. Ware's May 26, 2021, (i) Resubmission of Dkt. 239 for immediate adjudication based on newly discovered evidence, and; (ii) request for an evidentiary hearing to resolve all disputed issues of material fact.**

Comes now Ulysses T. Ware, defendant-respondent-cross-petitioner, and moves this Court for an evidentiary hearing to resolve all disputed issues of material fact regarding the attached Affidavit-Declaration of Ulysses T. Ware dated May 22, 2021, Exhibit #UTW-2.0, and the claims in Dkt. #239.