UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Judgment Creditor, <br><br> v. <br><br> ULYSSES THOMAS WARE a/k/a THOMAS WARE, <br><br> Defendant and Judgment Debtor. | 05 CR 1115 (WHP) <br> and <br> 04 CR 1224 (WHP) <br><br> **CERTIFICATE OF SERVICE** |

I, MELISSA A. CHILDS, certify on behalf of the United States of America ("USA") that:

On May 13, 2021, I served a copy of the following documents by causing each to be placed in the United States mail to be delivered to the defendant, Ulysses Thomas Ware a/k/a Thomas Ware, 123 Linden Blvd., Suite 9-L, Brooklyn, New York 11226:

(1) USA's Notices of Motion to Apply Bond Deposit:

   (a) Dkt. 250 in 05-CR-1115;

   (b) Dkt. 169 in 04-CR-1224;

(2) USA's Declaration in Support of its Motion to Apply Bond Deposit

   (a) Dkt. 251 in 05-CR-1115;

   (b) Dkt. 170 in 04-CR-1224; and

(3) USA's Memorandum of Law in Support of its Motion to Apply Bond Deposit

   (a) Dkt. 252 in 05-CR-1115;

   (b) Dkt. 171 in 04-CR-1224.

On June 21, 2021, I served a copy of the following documents by causing each to be placed in the United States mail to be delivered to the defendant, Ulysses Thomas Ware a/k/a Thomas

Ware, "individually and as the legal representative for the estate of Mary S. Ware," 123 Linden Blvd., Suite 9-L, Brooklyn, New York 11226:

(4) USA's Reply to Response in Opposition to the Motion to Apply Bond Deposit

    (a) Dkt. 268 in 05-CR-1115;

    (b) Dkt. 187 in 04-CR-1224.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated:   June 21, 2021
         New York, New York

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

By:    */s/ Melissa A. Childs*
       MELISSA A. CHILDS
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2711
       E-mail: melissa.childs@usdoj.gov