UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>ULYSSES THOMAS WARE,<br><br>Defendant. | ORDER<br><br>05 Cr. 1115 (ER) |

Ramos, D.J.:

On July 28th, 2021, the Court issued an opinion and order directing the Clerk of the Court to retain the remaining $16,666.67 of the $25,000 bail that was posted by Mary Ware, as those funds were bequeathed to Glinda and Michael Ware. Doc. 304. These funds were ordered to remain in the court's registry unless and until Ware's siblings sought its return.

Since that time, Glinda Ware has contacted the Court seeking her share of the $16,666.67. The Clerk of the Court is respectfully directed to pay out to Glinda Ware the amount of $8,333.34 to the address she has provided the Court. The other $8,333.33 shall continue to remain in the court's registry unless and until Michael Ware seeks its return.

It is SO ORDERED.

Dated: New York, New York
       November 4, 2021

_____
Edgardo Ramos, U.S.D.J.